**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01549-WYD

TIMOTHY H. KING,

    Plaintiff,

v.

BELMONT FINANCE, LLC

    Defendant.

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE TIMOTHY H. KING ("Plaintiff"), hereby notifies the Court that the Plaintiffs and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 2nd day of August 2018

                                                    s/ Nathan C. Volheim
                                                  ***Nathan C. Volheim***
                                                  Sulaiman Law Group, Ltd.
                                                  2500 S. Highland Avenue, Suite 200
                                                  Lombard, IL 60148
                                                  Telephone: (630) 575-8181 x113
                                                  Fax: (630) 575-8188
                                                  Email: nvolheim@sulaimanlaw.com

Attorney for Timothy H. King

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim