**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01549

TIMOTHY KING,

    Plaintiff,

v.

BELMONT FINANCE, LLC,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO BELMONT FINANCE, LLC.**

---

NOW COMES, TIMOTHY KING ("Plaintiff") by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses their claims against the Defendant BELMONT FINANCE, LLC with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 20th day of September, 2018.

                                                s/ *Marwan R. Daher*
                                                *Marwan R. Daher*
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                Telephone: (630) 575-8181
                                                Fax: (630) 575-8188

Email: mdaher@sulaimanlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ *Marwan R. Daher*___
Marwan R. Daher